IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOHN PIEPER,

    Petitioner,

vs.

ROB JEFFREYS,

    Respondent.

8:23CV9

MEMORANDUM AND ORDER

Pursuant to the Court's September 1, 2023, Memorandum and Order, Filing No. 23, IT IS ORDERED that: Petitioner's Motion for Preliminary Injunction, Filing No. 20, is denied. The Clerk's Office is directed to terminate the motion event associated with Filing No. 20.

Dated this 6th day of October, 2023.

BY THE COURT:

*[signature]*

Joseph F. Bataillon
Senior United States District Court