IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN PIEPER, | |
| Petitioner, | 8:23CV9 |
| vs. | |
| ROB JEFFREYS, | MEMORANDUM AND ORDER |
| Respondent. | |

The matter is before this Court on remand from the Eighth Circuit Court of Appeals, seeking a determination of whether this Court should issue a certificate of appealability. Filing No. 31. For the reasons set forth below this Court finds that no certificate of appealability shall be issued.

A petitioner cannot appeal an adverse ruling on a petition for writ of habeas corpus under § 2254 unless granted a certificate of appealability. 28 U.S.C. § 2253(c)(1); Fed. R. App. P. 22(b)(1). A certificate of appealability cannot be granted unless the petitioner "has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The standards for certificates (1) where the district court reaches the merits or (2) where the district court rules on procedural grounds are set forth in *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000).

In this case, the Court has applied the appropriate standard and determined that Petitioner is not entitled to a certificate of appealability and specifically finds that a

2

certificate of appealability is not appropriate because Petitioner is trying to appeal from a non-final order. See Filing Nos. 23; 25. Accordingly, the Court will not issue a certificate of appealability in this case.

Dated this 16th day of November, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court